

U.S. Department of Justice

United States Marshals Service
Eastern District of New York

225 Cadman Plaza East
Brooklyn, NY 11201-1818

Official Business
Penalty for Private Use $300

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 16, 2010 ★
TIME A.M. P.M.

RETURN TO SENDER
No forwarding
address on file

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

09-CV-5510

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| NATHANIEL BROWN | 09-cv-5510 (RRM)(RML) |
| DEFENDANT | TYPE OF PROCESS |
| NYC POLICE DEPARTMENT, ET AL. | O, S and C |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  NYC POLICE DEPARTMENT
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  HEADQUARTERS, ONE POLICE PLAZA, NEW YORK, NY 10038

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PRO SE, Nathaniel Brown
05A5987, Mohawk Correctional Facility
6100 School Road, PO Box 8451
Rome, NY 13442-8451

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                 Fold

Signature of Attorney other Originator requesting service on behalf of:
S. Galeano
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 718-613-2610
DATE: 1/6/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk Mrs neilson | Date 1/12/10 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date        Time    [ ] am  [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Sent out by mail dated 1/12/10    Responded by mail dated 2/5/10

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00