UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATHANIEL BROWN,

                           Plaintiff,

               - against -

THE NEW YORK CITY POLICE
DEPARTMENT, et. al.,

                          Defendants.
-----------------------------------------------------------------X

ORDER
09-CV-5510 (RRM) (RML)

MAUSKOPF, United States District Judge.

        On May 14, 2010, Magistrate Judge Robert M. Levy issued a Report and Recommendation (the "R&R") recommending that this action be dismissed for failure to prosecute. Judge Levy further recommended that any dismissal Order be entered without prejudice to re-instatement of the Complaint in the event that Plaintiff contacts the Court by July 30, 2010. Judge Levy reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due within fourteen (14) days. No party has filed any objection.

        Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that the Complaint is dismissed without prejudice to re-instatement in the event that Plaintiff contacts the Court by July 30, 2010. The Clerk of Court is directed to transmit a copy of this Order to Plaintiff.

                                              SO ORDERED.

Dated: Brooklyn, New York
          June 11, 2010

                                       ROSLYNN R. MAUSKOPF
                                       United States District Judge